

# U. S. Department of Justice

### *Robert J. Higdon, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*　　　　*Telephone (919) 856-4530*
*310 New Bern Avenue*　　　　　　　*Criminal FAX (919) 856-4487*
*Suite 800*　　　　　　　　　　　　*Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*　　*www.usdoj.gov/usao/nce*

## M E M O R A N D U M

DATE:　　　August 15, 2018

TO:　　　　Clerk's Office
　　　　　　United States District Court
　　　　　　Eastern District of North Carolina
　　　　　　Raleigh, North Carolina

REPLY TO: Robert J. Higdon, Jr.
　　　　　　United States Attorney

ATTN OF:　SEBASTIAN KIELMANOVICH **SK**
　　　　　　Assistant United States Attorney

SUBJECT:　UNITED STATES v. ALESSANDRO CANNIZZARO
　　　　　　No. 5:18-CR-328-BO, WESTERN DIVISION

　　　Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Information, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Information to this office and the U.S. Pretrial Services Office.

　　　The warrant should be returnable before the U.S. Magistrate Judge.

SK:jk

cc:　US Marshal Service
　　　US Probation Office

Case 5:18-cr-00328-BO　　Document 4　　Filed 08/16/18　　Page 1 of 1