AO 442 (Rev. 12/85) Warrant for Arrest 

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.

ALESSANDRO CANNIZZARO

RECEIVED AUG 1 7 2018 U.S. Marshals Service, EDNC

**SEALED**
**WARRANT FOR ARREST**

CRIMINAL CASE: 5:18-CR-328-BO

To: The United States Marshal and any Authorized United States Officer, YOU ARE HEREBY COMMANDED to arrest

**ALESSANDRO CANNIZZARO** and he/she shall be brought before the nearest Magistrate/Judge to answer an

___ Indictment ___ Superseding Indictment __X__ Sealed Criminal Information ___ Complaint

___ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 611(a): Voting by an alien

Peter A. Moore, Jr.
Name of Issuing Officer

*(signature)* Nick Bulloch
Signature of Issuing Officer by Deputy

Recommended Bond: DETENTION

Clerk of Court
Title of Issuing Officer

August 16, 2018 - RALEIGH, NORTH CAROLINA
Date and Location

**FILED**
**AUG 2 3 2018**
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

Rolesville, NC

| DATE RECEIVED 08/17/18 | NAME AND TITLE OF ARRESTING OFFICER AUSA | NAME AND TITLE OF ARRESTING *(signature)* |
|---|---|---|
| DATE OF ARREST 08/22/18 | | |